**Henry Alfredo MORAN, Petitioner**

**v.**

**Loretta E. LYNCH, Attorney General of the United States, Respondent**

No. 15–3275

United States Court of Appeals, Eighth Circuit.

Submitted: September 22, 2016

Filed: September 30, 2016

Daniel Scott Reeker, Kendall Law Office, Omaha, NE, for Petitioner.

Karen Yolanda Drummond, Timothy Hayes, Trial Attorney, Brendan Paul Hogan, Carl H. McIntyre, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent.

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Guatemalan citizen Henry Alfredo Moran petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of his application for asylum and withholding of removal. After careful consideration of those matters that are properly before us, we conclude that substantial evidence supports the denial of relief. See Davila–Mejia v. Mukasey, 531 F.3d 624, 627, 629 (8th Cir. 2008). The petition is denied. See 8th Cir. R. 47B.